**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

<u>TO BE COMPLETED BY ATTORNEY:</u>

**CASE NAME:** USA v. Gendron _____ v.

_____

**DOCKET NUMBER:** 25-2570 (22-CR-109)

**COUNSEL'S NAME:** AUSA Tiffany H. Lee

**COUNSEL'S ADDRESS:** 138 Delaware Ave

Buffalo, NY 14202

**COUNSEL'S PHONE:** (585) 399-3951

**QUESTIONNAIRE**

[ ] I am ordering a transcript.

[✔] I am not ordering a transcript.   Reason: [ ] Daily copy available [✔] U.S. Atty. placed order
[ ] Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

[ ] Pre-trial proceedings:_____
(Description & Dates)

[ ] Trial:_____
(Description & Dates)

[ ] Sentencing:_____
(Description & Dates)

[ ] Post-trial proceedings:_____
(Description & Dates)

I, Tiffany H. Lee _____, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds [ ] CJA Form 24

s/TIFFANY H. LEE _____        11/10/2025 _____
Counsel's Signature                                          Date

<u>TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:</u>

**ACKNOWLEDGMENT**

Date order received: _____        Estimated Number of Pages: _____

Estimated completion date: _____

_____        _____
Court Reporter's Signature                                          Date

<u>Attorney(s):</u> **Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.**
<u>Court Reporter(s):</u> **Send completed acknowledgement to the Court of Appeals Clerk.**