# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of July, two thousand twenty-six.

Before:     Richard J. Sullivan,
            Joseph F. Bianco,
            Alison J. Nathan,
                 *Circuit Judges.*

_____

United States of America,                            **JUDGMENT**

            Appellant,                               Docket No. 25-2570

     v.

 Payton Gendron,

            Defendant - Appellee.

_____

The appeal in the above captioned case from an order of the United States District Court for the Western District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's order is REVERSED and the case is REMANDED for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

